UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDF RENEWABLE DEVELOPMENT, INC.,

                    Plaintiff,            **ORDER**
                                                  CV 13-3361 (LDW)(ARL)

    -against-

COUNTY OF SUFFOLK,

                    Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's motion dated May 15, 2014 seeking to compel the defendant to immediately complete its document production. According to the plaintiff, the defendant was served with plaintiff's request for production of documents on or about December 18, 2013, but has only produced a portion of the requested documents. In response, the defendant urges that plaintiff's motion be denied on the grounds that, *inter alia,* (i) the County has already produced over 5,500 pages of documents and will continue to produce the remaining documents on a rolling basis and (ii) has advised plaintiff's counsel that additional resources will be devoted to this matter to ensure production will be completed by June 27, 2014.

      The defendant is directed to produce the outstanding discovery on or before June 27, 2014. To the extent this delay in production prejudices the plaintiff, the court will extend the discovery deadlines by two weeks. Accordingly, all discovery, inclusive of expert discovery, is to be concluded by September 23, 2014. Any party planning on making a dispositive motion must take the first step in the motion process by October 7, 2014. The final conference scheduled for October 7, 2014 is adjourned to October 21, 2014 at 2:00 p.m. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference.

Dated: Central Islip, New York           **SO ORDERED:**
       May 28, 2014

                                                  _____/s/_____
                                                  ARLENE ROSARIO LINDSAY
                                                  United States Magistrate Judge