Harris N. Cogan
Rither Alabre
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
*Attorneys for Plaintiff EDF Renewable Development, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**EDF RENEWABLE DEVELOPMENT, INC.**   : Docket Number: CV-13-3361
                                                                                  :
                                             **Plaintiff,**   : **DECLARATION OF HARRIS N.**
                                                                                  : **COGAN, ESQ. IN SUPPORT OF**
                       **v.**                                            : **MOTION FOR SUMMARY**
                                                                                  : **JUDGMENT**
**COUNTY OF SUFFOLK,**                                    :
                                                                                  :
                                             **Defendant.**   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HARRIS N. COGAN, ESQ., declares as follows:

1.     I am a partner in the law firm Blank Rome LLP, attorneys for Plaintiff EDF Renewable Development, Inc. in this action.

2.     I respectfully submit this declaration in support of Plaintiff's motion for summary judgment.

3.     Attached as **Exhibit 1** are excerpts from the January 16, 2015 deposition of Lisa Broughton.

4.     Attached as **Exhibit 2** are excerpts from the December 29, 2014 deposition of Michael Monaghan.

5.     Attached as **Exhibit 3** are excerpts from the January 27, 2010 Power Purchase Agreement between the Long Island Power Authority ("LIPA") and Eastern Long Island Solar Project, LLC.[1]

6.     Attached as **Exhibit 4** is Resolution No. 28 – 2010 from the Suffolk County Legislature, dated February 4, 2010.

7.     Attached as **Exhibit 5** is the Ronkonkoma Lease Agreement between Suffolk County and Eastern Long Island Solar Project, LLC.

8.     Attached as **Exhibit 6** are excerpts from the Deer Park Lease Agreement between Suffolk County and Eastern Long Island Solar Project, LLC.

9.     Attached as **Exhibit 7** are excerpts from the September 10, 2014 deposition of Gerard Nolan.

10.     Attached as **Exhibit 8** are excerpts of the February 10, 2015 deposition of Llewellyn Johnson.

11.     Attached as **Exhibit 9** are excerpts of the February 10, 2015 deposition of Robert Hardie.

12.     Attached as **Exhibit 10** are excerpts of the February 23, 2015 deposition of Keith Feldmann.

13.     Attached as **Exhibit 11** are the building permits issued for the Brentwood, Cohalan, H. Lee Dennison, North County, Riverhead, and Deer Park sites.

14.     Attached as **Exhibit 12** are excerpts from the September 23, 2014 deposition of Lee Connor.

---

[1] While all references herein are to EDF, EDF is used interchangeably for enXco Development Corporation and Eastern Long Island Solar Project, LLC ("Long Island Solar" or "ELISP"), EDF's former subsidiary.

2

15.     Attached as **Exhibit 13** is an October 20, 2011 Memorandum regarding CEQ Review and approval of the Proposed LIRR Ronkonkoma Station Parking Lot Expansion, Town of Islip.

16.     Attached as **Exhibit 14** is a January 15, 2012 Draft Amendment to the Ronkonkoma Lease Agreement.

17.     Attached as **Exhibit 15** is a December 5, 2011 email from Lisa Broughton to Michael Monaghan.

18.     Attached as **Exhibit 16** is a January 31, 2012 email from Keith Feldman to James Peterman.

19.     Attached as **Exhibit 17** is a February 1, 2012 email chain between Keith Feldmann, Robert Hardie and others.

20.     Attached as **Exhibit 18** is a February 6, 2012, email chain between Keith Feldmann, Robert Hardie, and Lee Connor.

21.     Attached as **Exhibit 19** is February 7, 2012 email chain between Keith Feldmann, Robert Hardie, and others.

22.     Attached as **Exhibit 20** are excerpts of the September 12, 2014 deposition of Dennis Cohen.

23.     Attached as **Exhibit 21** are excerpts of the February 5, 2015 deposition of Mark Lesko.

24.     Attached as **Exhibit 22** is document entitled "Agenda for Steve Bellone Meeting."

25.     Attached as **Exhibit 23** is a January 17, 2012 email from Stacey Epifane Sikes.

26.     Attached as **Exhibit 24** are excerpts from the September 19, 2014 deposition of Vanessa Baird-Streeter.

27.     Attached as **Exhibit 25** is a 01/25/2012 Email chain between Lisa Broughton, Dennis Cohen, James Peterman, et al. RE: Ronkonkoma Lease Agreement.

28.     Attached as **Exhibit 26** is a 01/26/2012 email chain between Basia Braddish, Dennis Cohen, Lisa Broughton, et al. RE: Ronkonkoma Lease Amendment.

29.     Attached as **Exhibit 27** is a 02/01/2012 email chain between James Peterman, Lisa Broughton, Dennis Cohen, et al. RE: "cancel enXco call tomorrow?"

30.     Attached as **Exhibit 28** is a 02/01/2012 email chain between James Peterman, Dennis Cohen, Lisa Broughton, et al. RE: Ronkonkoma Early Construction Phasing for Duct Bank.

31.     Attached as **Exhibit 29** is a 02/07/2012 email chain between Lisa Broughton, Dennis Cohen, Michael Monaghan, et al. RE: Riverhead cameras.

32.     Attached as **Exhibit 30** is a February 14, 2012 document from Suffolk County entitled "Solar Carport Update" with handwritten notes.

33.     Attached as **Exhibit 31** is a March 8, 2012 LIPA Solar Project Status Meeting Agenda.

34.     Attached as **Exhibit 32** is a March 6, 2012 email from Gerard Nolan to Dennis Cohen and Alex Lazur.

35.     Attached as **Exhibit 33** is a May 9, 2012 is an email chain between Michael Monaghan, Dennis Cohen, and Lee Connor.

36.     Attached as **Exhibit 34** is a March 7, 2012 letter from Alex Lazur, counsel to EDF, to Dennis Cohen, Suffolk County Attorney.

37.     Attached as **Exhibit 35** is a June 21, 2012 letter from Alex Lazur, counsel to EDF, to Dennis Cohen, Suffolk County Attorney.

38.     Attached as **Exhibit 36** is a 02/29/2012 email chain between Vanessa Baird-Streeter, Steve Bellone, Dennis Cohen, and Regina Calcaterra.

39.     Attached as **Exhibit 37** is a March 12, 2012 letter and draft building permit for the Ronkonkoma Long Island Railroad Station.

40.     Attached as **Exhibit 38** is a 02/07/2012 email chain between Basia Braddish and Dennis Cohen.

41.     Attached as **Exhibit 39** is a 02/06/2012 email from Vanessa Baird-Streeter to Dennis Cohen, James Peterman, et al. RE: enXco.

42.     Attached as **Exhibit 40** is a 02/07/2012 email from Vanessa Baird-Streeter to Dennis Cohen.

43.     Attached as **Exhibit 41** is a 03/26/2012 email from Vanessa Baird-Streeter to Steven Bellone and Dennis Cohen.

44.     Attached as **Exhibit 42** are excerpts from the expert report of Maryellen Sebold.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          June 12, 2015

                              **BLANK ROME LLP**


                              Harris N. Cogan (R.A)
                              Harris N. Cogan
                              Rither Alabre
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174-0208
                              Phone: 212.885.5000
                              Email: HCogan@Blankrome.com

                              *Attorneys for Plaintiff EDF Renewable
                              Development, Inc.*